SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-CR-000252-003-MC** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ROBERT EUGENE JOSH JR.,** | |
| **Defendant.** | |

In January 2024, Robert Josh Jr. possessed almost three pounds of methamphetamine with the intent to distribute it. And a week after police seized the drugs from him, he was arrested for a violent crime involving guns, and has remained in custody since. He was later convicted in state court of Attempted Assault I and Unlawful Use of a Weapon. To protect the community, the government recommends a prison sentence of 57 months.

## Guilty Plea & Guideline Computations

On May 5, 2026, Mr. Josh Jr. waived indictment and pleaded guilty to Count 4 of the Superseding Information, charging conspiracy to distribute, and possess with intent to distribute,

**Government's Sentencing Memorandum**                                                    **Page 1**

methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). The government agrees with the guideline calculations as set forth in the Presentence Report.

### Factual Background and Argument

The DEA conducted a long-term investigation into "Manny", and his associates, for distributing methamphetamine in the Eugene area. "Manny" was later identified as co-defendant Emilio Macias. In January 2024, law enforcement located a short-term rental residence that Mr. Macias was using to distribute methamphetamine to local dealers.

On January 23, 2024, an informant provided a tip that Mr. Josh Jr. would be purchasing drugs from Mr. Macias' rental residence, and Eugene Police Department officers observed him pull up to the residence and then depart. They stopped his vehicle, obtained consent to search, and located just under three pounds of methamphetamine. Mr. Josh Jr. admitted he had purchased the methamphetamine, said he was acting as a middleman, and that he was going to sell it to somebody else for profit. The methamphetamine was seized and he was not arrested at that time.

But a week later, on January 29th, Mr. Josh Jr. was arrested after a shooting. The shooting took place after a male, AV2, apparently took $1,000 from Mr. Josh Jr. and his adult son, but did not give them the agreed upon methamphetamine. Later, Mr. Josh Jr. went and picked up a pistol, then he, his son and another male went to Salem and confronted AV2, who was in a vehicle with a female, AV1. Though details are limited, both AV1 and AV2 were shot, although not by Mr. Josh Jr. Mr. Josh Jr.'s son was also shot. He was convicted in state court of Attempted Assault I and Unlawful Use of a Weapon, and sentenced to 60 months in prison.

Mr. Josh Jr. is 65 years old, has serious health issues, and has a limited prior criminal history. However, his criminal conduct in January 2024 was very serious. He not only possessed

methamphetamine with the intent to distribute it, but even after law enforcement intervened and seized the methamphetamine, he engaged in a serious crime of violence. Though he did not shoot anyone, he brought a gun to a confrontation over drugs, gunfire was exchanged, and three people injured. Given the totality of his conduct, and his history and characteristics, a sentence of 57 months protects the public, and is sufficient and not greater than necessary.

## Conclusion

For the reasons above, the government respectfully recommends a sentence of 57 months' imprisonment, three years of supervised release, and a $100 fee assessment.

Dated: July 29, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney